JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA RAD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 10-7889-DTB<br><br>**J U D G M E N T** |

　　In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: April 13, 2012

　　　　　　　　　　　　　　　　　　　　　／s／ David T. Bristow
　　　　　　　　　　　　　　　　　　　　　DAVID T. BRISTOW
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE